IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HAO THIEU HUYNH | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-CV-00017-O |
| | § | |
| KRISTI NOEM, ET AL, | § | |
| | § | |
| Respondents. | § | |

## ORDER

    Before the Court is Petitioner's Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief (ECF No. 1). In order to expeditiously resolve the issues presented, the Court **ORDERS** Petitioner to notify Respondents, through the United States Attorney's Office, of the pending Petition and Complaint. The Parties **SHALL** then meet and confer and provide the Court with an agreed briefing schedule to promptly address Petitioner's Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief.

    **SO ORDERED** on this **8th day** of **January, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**